**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHICKPLEASE, LLC, an Illinois limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAHAR SHALASH, an Ohio citizen,<br><br>　　　　Defendant. | Case No. 22 C 01825<br>Honorable Judge Lee |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT, DEFENDANT, AND COUNSEL FOR DEFENDANT:

Plaintiff Chickplease, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntary dismiss this matter, without prejudice, with each side to bear its own costs and fees.

Date: June 10, 2022

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　Chickplease, LLC

　　　　　　　　　　　　　　　　　　　　By: */s/ Michael K. Goldberg*
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Michael K. Goldberg
Jenna E. Milaeger
GOLDBERG LAW GROUP, LLC
120 S. Riverside Plaza, Suite 1675
Chicago, Illinois 60606
P: 312-930-5600
F: 312-930-0944
Email: mike@goldberglawoffice.com
Email: jenna@goldberglawoffice.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2022, I electronically transmitted the foregoing document to the Clerk's office using the ECF system for filing and through the ECF system causing this document to be served to counsel of record for Sahar Shalash, Michael I. Leonard.

                                                       */s/ Michael K. Goldberg*

Michael K. Goldberg
Jenna E. Milaeger
GOLDBERG LAW GROUP, LLC
120 S. Riverside Plaza, Suite 1675
Chicago, Illinois 60606
P: 312-930-5600
F: 312-930-0944
Email: mike@goldberglawoffice.com
Email: jenna@goldberglawoffice.com